In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Widening of Southern Boulevard, Whitlock Avenue and Eastern Boulevard in the Borough of The Bronx.

HENRY W. MUMM, Respondent.

Argued January 16, 1941; decided February 27, 1941.

*William C. Chanler, Corporation Counsel (Paxton Blair, Joseph F. Mulqueen, Jr.,* and *Eugene L. Brisach*), for appellant.

*Harry H. Chambers* and *Harry B. Chambers* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.